IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES BAKER | Magistrate No. 21-20<br>**[UNDER SEAL]** |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, CHARLES BAKER, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendants committed violations of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 922(g)(1).

Recommended bond:   Detention.

                                        Respectfully submitted,

                                        SCOTT W. BRADY
                                        United States Attorney

                    By:  */s/ Nicole Vasquez Schmitt*
                          NICOLE VASQUEZ SCHMITT
                          Assistant United States Attorney
                          PA ID No. 320316